[No. 49591-7-I.   Division One.   July 15, 2002.]

SILVERSTREAK, INC., *Appellant*, v. KENNETH D. PARSONS, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-04124-0, Linda Lau, J., entered September 7 and October 29, 2001. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Agid, J.

[No. 19975-4-III.   Division Three.   July 16, 2002.]

HARVEY R. CHAUSSEE, ET AL., *Appellants*, v. FORNEY MANAGEMENT CO., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-2-02345-9, Heather K. Van Nuys, J., entered February 9, 2001. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis, J., and Cooper, J. Pro Tem.

[Nos. 20055-8-III; 20059-1-III.   Division Three.   July 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS ANDRES FUENTES III, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-02055-5 and 00-1-02094-6, Paul A. Bastine, J., entered March 8, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20079-5-III.   Division Three.   July 16, 2002.]

*In the Matter of the Marriage of* LINDA L. MAINE, *Respondent*, and WILLIAM E. MAINE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-3-00124-1, Paul A. Bastine, J., entered March 9, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Schultheis, JJ.